UNITED STATES DISTRICT COUNT
MIDDLE DISTRICT OF PENNYSLVANIA

| | |
|---|---|
| MATTHEW J. MARTIN, and <br> MICHELE MARTIN, <br><br>       Plaintiffs, <br><br> vs. <br><br> ALLEGHENY AIRLINES, INC., <br> d/b/a U.S. AIRWAYS EXPRESS, <br><br>       Defendant. | ) <br> ) <br> ) <br> ) <br> )   CIVIL ACTION NO. 1: CV 01-0146 <br> )   (Judge Yvette Kane) <br> ) <br> ) <br> ) <br> ) <br> ) |

FILED
HARRISBURG

MAR - 6 2002

MARY E. D'ANDREA, CLERK
Per_____
        DEPUTY CLERK

<u>ORDER</u>

This case is hereby dismissed with prejudice, each party to bear its own costs and fees.

Signed this 6th day of March, 2002.

_____
DISTRICT COURT JUDGE